Matthew D. Francis (NV Bar No. 6978)
Email: mfrancis@bhfs.com
Laura Bielinski Langberg (NV Bar No. 10516)
Email: llangberg@bhfs.com
Evan M. Rothstein (admitted *pro hac vice*)
Email: erothstein@bhfs.com
Kerry LeMonte (admitted *pro hac vice*)
Email: klemonte@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: 702.382.2101

*Attorneys for Plaintiff Double Down, Inc.*

Jonathan W. Fountain (NV Bar No. 10351)
Email: jfountain@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169-5996
Telephone: 702.949.8340

Lawrence Weinstein
Email: lweinstein@proskauer.corn
Alexander Kaplan
Email: akaplan@proskauer.com
Lee Popkin
Email: lpopkin@proskauer.corn
David A. Munkittrick
Email: dmunkittrick@proskauer.com
PROSKAUER ROSE
11 Times Square
New York, NY 10036
Telephone: 212.969.3000

*Attorneys for Defendants IGT and
Double Down Interactive, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DOUBLE DOWN, INC., a Nevada corporation,<br><br>            Plaintiff,<br><br>v.<br><br>IGT, a Nevada corporation, and DOUBLE DOWN INTERACTIVE, LLC, a Washington limited liability company,<br><br>            Defendants. | Case No.  2:16-cv-00068-JAD-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF ACTION BY PLAINTIFF PURSUANT TO RULE 41(a)(1)(A)(ii)** |

Plaintiff Double Down, Inc. ("DDI") and Defendants IGT and Double Down Interactive, LLC ("IGT"), by and through their undersigned counsel of record, HEREBY STIPULATE AND AGREE as follows:

    1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the case against

1

1    IGT shall be, and hereby is, dismissed with prejudice and without costs or

2    attorneys' fees against any party.

3

4        IT IS SO STIPULATED October 4th, 2016:

5

6    BROWNSTEIN HYATT FARBER SCHRECK, LLP        LEWIS ROCA ROTHGERBER CHRISTIE LLP

7    By: _____                By: _____
     Matthew D. Francis (NV Bar No. 6978)        Jonathan W. Fountain (NV Bar No. 10351)
8    Laura Bielinski Langberg (NV Bar No. 10516) 3993 Howard Hughes Pkwy., Suite 600
     Evan M. Rothstein (admitted *pro hac vice*) Las Vegas, NV 89169-5996
9    Kerry LeMonte (admitted *pro hac vice*)     Telephone: 702.949.8340
     100 North City Parkway, Suite 1600          Email: jfountain@lrrc.com
10   Las Vegas, Nevada 89106-4614
11   Telephone: 702.382.2101                     PROSKAUER ROSE
                                                 Lawrence Weinstein
12   *Attorneys for Plaintiff Double Down, Inc.* Alexander Kaplan
13                                               Lee Popkin
                                                 David A. Munkittrick
14                                               11 Times Square
                                                 New York, NY 10036
15                                               Telephone: 212.969.3000
16
17                                               *Attorneys for Defendants IGT and*
                                                 *Double Down Interactive, LLC*
18

19

20                    IT IS SO ORDERED:

21

22                    _____

23                    Jennifer A. Dorsey
                       **United States District Judge**
24
                       Dated: October 18, 2016.
25

26

27

28

2